**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

ALBERT YAGUDAEV,

                Plaintiff,

-against-

CREDIT AGRICOLE AMERICA SERVICES, INC.,
                Defendant.

-----------------------------------------------------------X

**18 CIVIL** 513 (PAE)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/6/2020

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 5, 2020, CAASI's motion for summary judgment is granted with respect to Yagudaev's ADEA and NYSHRL claims. The Court declines to exercise supplemental jurisdiction over Yagudaev's NYCHRL claims, and therefore these claims are dismissed without prejudice to re-filing in state court; accordingly, the case is closed.

**Dated:** New York, New York
          February 6, 2020

                                                  **RUBY J. KRAJICK**

                                                        **Clerk of Court**

BY:                      */s/ K. Mango*

                                                        **Deputy Clerk**